Michael Kind, Esq.
Nevada Bar No.: 13903
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
(702) 880-5554
(702) 385-5518 (fax)
ghaines@freedomlegalteam.com
Attorneys for Elizabeth A. Bonilla

Brandi M. Planet, Esq.
Lex Domus Law
brandi@lexdomuslaw.com
702-340-9227
www.lexdomuslaw.com
Attorneys for Defendant
Denefits, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Elizabeth A. Bonilla, <br><br> Plaintiff, <br><br> v. <br><br> Denefits, LLC, <br><br> Defendant. | Case No.: 2:20-cv-00968-KJD-NJK <br><br> **STIPULATION TO DISMISS ACTION WITH PREJUDICE** <br><br> Complaint filed:   5/28/2020 <br><br> Hon. Kent J. Dawson <br> Hon. Nancy J. Koppe |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Elizabeth Bonilla and Defendant Denefits, LLC hereby stipulates that the above entitled action is dismissed with prejudice.

Dated:  January 25, 2021

Respectfully submitted,
KIND LAW

*/s/ Michael Kind*
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
Attorney for Elizabeth A. Bonilla

LEX DOMUS LAW

By:  /s/ *Brandi M. Planet*
  Brandi M. Planet
  Attorneys for Defendant
  Denefits, LLC