Michael Kind, Esq.
Nevada Bar No.: 13903
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
(702) 880-5554
(702) 385-5518 (fax)
ghaines@freedomlegalteam.com
Attorneys for Elizabeth A. Bonilla

Brandi M. Planet, Esq.
Lex Domus Law
brandi@lexdomuslaw.com
702-340-9227
www.lexdomuslaw.com
Attorneys for Defendant
Denefits, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Elizabeth A. Bonilla,<br><br>    Plaintiff,<br><br>    v.<br><br>Denefits, LLC,<br><br>    Defendant. | Case No.: 2:20-cv-00968-KJD-NJK<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Complaint filed:    5/28/2020<br><br>Hon. Kent J. Dawson<br>Hon. Nancy J. Koppe |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Elizabeth Bonilla and Defendant Denefits, LLC hereby stipulates that the above entitled action is dismissed with prejudice.

Dated:  January 25, 2021

Respectfully submitted,
KIND LAW

*/s/ Michael Kind*
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
Attorney for Elizabeth A. Bonilla

LEX DOMUS LAW

By:  /s/ *Brandi M. Planet*
Brandi M. Planet
Attorneys for Defendant
Denefits, LLC

DATED: January 29, 2021

**IT IS SO ORDERED.**

_____
**Kent J. Dawson**
**United States District Judge**